LESTER POSEY V. STATE.

No. 24123. November 3, 1948.

Hon. John H. Tate, Judge Presiding.

Appellant represented himself.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

KRUEGER, Judge.

The offense is murder. The punishment assessed is confinement in the state penitentiary for a term of 50 years.

Appellant has filed a motion duly verified by him in which he requests this court to dismiss his appeal.

The motion is granted and the appeal is accordingly dismissed.

Opinion approved by the Court.